ROBERT D. DOUGLASS et al., as Executors of ROBERT G. DUNN, Deceased, Plaintiffs, *v.* MARY R. CHISHOLM et al., Individually and as Executors of ELLEN M. CHISHOLM, Deceased, et al., Defendants.

In the Matter of NELLIE C. CHISHOLM et al., as Executors of WALTER CHISHOLM, Deceased, Respondents; RALPH T. SMITH et al., Appellants.

(Argued February 27, 1933; decided March 14, 1933.)

*Francis Dean* for appellants.

*Benedict S. Rosenfeld* for petitioners-respondents.

*Frank T. Warburton* for Henry F. Wilson, as executor of Mary R. Chisholm, deceased, respondent.

*Deborah Hanft, I. Edward Baas* and *Isaac Gluckman* for Brown, Wheelock, Harris Vought & Co., respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG. O'BRIEN, HUBBS and CROUCH, JJ.